■ HARRY WEINBERG, Respondent, v. LOUIS GREISS, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HARRY WEINBERG, Respondent, v. LOUIS GREISS, Appellant.— Order, entered on May 25, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NOEL BARBOSA, Appellant.— Order, entered on August 29, 1960, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD NIXON, Appellant.— Order, entered on September 8, 1960, unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY HEWLETT, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ ELIZABETH KELLY et al., Appellants, v. CHEMICAL CORN EXCHANGE BANK, Respondent.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ (A) CHAIN BUILDING CORP. v. NANCY E. APPEL. (B) SHERRY GALE CASUALS, INC., v. FAVORITE TRUCKING CORP.— [In each action] Application denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ RUBY FREEMAN v. NEW YORK CITY HOUSING AUTHORITY.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ IRENE R. LACKS v. HAROLD G. LACKS.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Did the Court err as a matter of law in denying defendant's motion to dismiss the third cause of action as legally insufficient? " Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ OXFORD COMMERCIAL CORPORATION v. FRED LANDAU et al.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Was the order of this court entered herein on the 19th day of April, 1962, reversing the order of Special Term and the judgment entered thereon and denying the defendants' motion for judgment, properly made? " Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE WILLIAMS. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN JOSEPH DUFFY. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW KAY. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ MERLE LEFKOWITZ v. SHEILA GROSSWALD.— Motion to dispense with printing and for enlargement of time denied in all respects. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ BISCAYNE-GALLOWHUR CORPORATION v. DONALD O. SMITH et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before